IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT NO. |
| ) | 04CRIM1224 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Robert Sweet |
| ) | |
| THOMAS WARE, ) | |
| a/k/a "Ulysses Thomas Ware" ) | |
| ) | |
| Defendant. ) | |

*RECEIVED MAR 1 6 2005 JUDGE SWEET CHAMBERS*

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Manubir S. Arora, Esquire, requests permission pursuant to United States District Court, Southern and Eastern Districts of New York, Local Rule 1.3(a) and (c), to appear Pro Hac Vice in the above-referenced case and shows the court as follows:

1.

Petitioner is a lawyer practicing in the City of Atlanta, Georgia, with the law firm of GARLAND, SAMULE & LOEB, 3151 Maple Drive, Atlanta, Georgia 30305. His office telephone number is 404-262-2225. His office facsimile number is 404-365-5041.

*SDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/22/05*

*So ordered
Sweet USDJ
3-21-05*

2.

Petitioner is licensed to practice law in the State of Georgia and is a member in good standing of the Georgia State Bar, State Bar No. 061641. Petitioner was admitted to the State Bar of Georgia in 1994. Petitioner was admitted to the United States Court of Military Appeals in 1994. Petitioner was admitted to the United States District Court, Northern District of Georgia, in 2001.

3.

Attached is a Certificate of Good Standing issued by the United States District Court for the Northern District of Georgia certifying that counsel was admitted to practice in said Court in 2001 and is in good standing as a member of the bar of said Court. This Certificate of Good Standing was issued within 30 days of this pleading.

4.

Counsel is not a resident of the Southern District of New York. Counsel has knowledge of this Court's local rules. Counsel will faithfully adhere to all rules applicable to applicant's conduct in connection with any activities in this court.

WHEREFOR, PREMISES CONSIDERED, Manubir S. Arora, hereby requests that this Honorable Court grant him motion to practice at the bar of the

Court in the Southern District of New York, pro hac vice in the instant case.

                Respectfully submitted,

                Manubir S. Arora
                Georgia State Bar No. 061641
                Attorney for Defendant

GARLAND, SAMUEL & LOEB
3151 Maple Drive
Atlanta, Georgia  30305
(404) 262-2225

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT NO. |
| | ) | 04CRIM.1224 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Robert Sweet |
| | ) | |
| THOMAS WARE, | ) | |
| a/k/a "Ulysses Thomas Ware" | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **APPLICATION FOR ADMISSION PRO HAC VICE** has been hand delivered:

Nicholas Goldin, Esq.
Assistant United States Attorney
United States Attorneys Office
Southern District of New York
One Street Andrews Plaza
New York, NY  10007

This 14th day of March, 2005.

GARLAND, SAMUEL & LOEB, P.C.

Manubir S. Arora
Georgia State Bar No. 061641
Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **MANUBIR S. ARORA, 61641,** was duly admitted to practice in said Court on July 16, 2001 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 10th day of March, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

