IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Indictment No. 04CRIM1224 |
| v. ) | |
| ) | |
| Thomas Ware, ) | Judge Robert Sweet |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Edward T.M. Garland of Garland, Samuel & Loeb, P.C., and moves this Honorable Court to allow him to practice before this Court in the instant case, and, in support thereof, shows the following:

1.

Counsel is an attorney in good standing and licensed to practice law in the State of Georgia.

2.

Applicant has been admitted to practice before the following courts: Supreme Court of Georgia, 1968; Court of Appeals of Georgia, 1968; United

States Supreme Court, 1987; United States Court of Appeals, Fifth and Eleventh Circuits, 1972; United States District Courts for the Northern, Middle, and Southern Districts of Georgia (1972-1987), and other United States District Courts in several states. Applicant is presently a member in good standing of the Bars of the courts listed above. Applicant is a member of the State Bar of Georgia and is currently in good standing.

3.

Attached hereto is a Certificate of Good Standing issued by the United States District Court for the Northern District of Georgia certifying that counsel was admitted to practice in said Court in 1972, and is in good standing as a member of the Georgia bar and of said Court.

4.

Counsel is not a resident of the Southern District of New York. Counsel has knowledge of this Court's local rules and reviewed said rules on-line.

WHEREFORE, PREMISES CONSIDERED, Edward T.M. Garland, hereby requests that this Honorable Court grant him this motion to practice at the bar of the Court in the Southern District of New York, pro hac vice in the

instant case.

        Respectfully Submitted,

        GARLAND, SAMUEL & LOEB, P.C.

        By:____s/Edward T.M. Garland_____
        EDWARD T.M. GARLAND
        Georgia Bar No. 284900

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404)262-2225



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA         }
                                 } ss.
NORTHERN DISTRICT OF GEORGIA     }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **EDWARD T.M. GARLAND , State Bar No. 284900,** was duly admitted to practice in said Court on July 11, 1968, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of December, 2005.

LUTHER D. THOMAS
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Indictment No. 04CRIM1224 |
| v. ) | |
| ) | |
| Thomas Ware, ) | Judge Robert Sweet |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing ENTRY OF APPEARANCE upon:

1. Nick Goldin, Esq. via email at Nicholas.s.goldin@usdoj.gov;

This 21 day of December, 2005.

Respectfully Submitted,

By: s/ Edward T.M. Garland
Edward T.M. Garland
Georgia Bar No. 284900
Counsel for Defendant

GARLAND & SAMUEL, P.C.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
(404) 262-2225
Fax (404) 365-5041

4