# Garland, Samuel & Loeb, P.C.
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
www.gsllaw.com

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
David E. Tuszynski
Anne H. Coolidge-Kaplan
Manubir S. Arora
W. Charles Lea
John A. Garland

Reuben A. Garland (1903-1982)

**APRIL 18, 2006**

<u>**VIA FACSIMILE (212) 805-7925**</u>
**And United States Mail**

**HONORABLE ROBERT W. SWEET**
**Judge, United States District Court**
**Southern District of New York**
**500 Pearl Street, Courtroom 18-C**
**New York, NY 10007**


RECEIVED APR 18 2006 JUDGE SWEET CHAMBERS

      RE: <u>USA V. THOMAS WARE</u>
           INDICTMENT NO. 04CRIM1224 (RWS)
           Southern District of New York

Your Honor:

      This letter is respectfully submitted to request a continuance of the Pre-Trial Conference in this matter currently set for April 24, 2006. The reason for this request is that discovery has not been completed, and additional time is needed to complete this process. I have spoken with Assistant United States Attorney, Nicholas Goldin, and he consents to this request. We have agreed, subject to the Court's approval, that discovery be provided by the government by May 22, 2006. The defense requests an additional four weeks to review the discovery and file any applicable motions. Accordingly, we request that the Pre-Trial Conference be reset in the latter part of June.

      If the Court grants this request, we further request that the Court endorse this letter as an Order excluding the time between April 24, 2006, and the next


SDNY [illegible stamp] FILED 4/19/06

**Garland, Samuel & Loeb, P.C.**
TRIAL ATTORNEYS

HONORABLE ROBERT W. SWEET 2.
April 18, 2006

................................................

conference date in the interests of justice pursuant to Title 18 USC, Section 3161 (h)(8)(A), because the continuance serves the end of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

*David B. Levitt*

DAVID B. LEVITT
Attorney for Thomas Ware

DBL/PH

CC:

EDWARD T.M. GARLAND
Lead Attorney for Mr. Ware

By Fax: (212) 637-2527
And U.S. Mail
NICHOLAS GOLDIN, ESQUIRE
United States Attorneys Office
One St. Andrews Plaza
New York, New York   10007

Mr. Thomas Ware

SO ORDERED THIS THE ___19___ DAY OF APRIL, 2006.

*Sweet*

ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK