# Garland, Samuel & Loeb, P.C.
TRIAL ATTORNEYS

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone (404) 262-2225
Facsimile (404) 365-5041
www.gsllaw.com



March 12, 2007

Edward T. M. Garland
Donald F. Samuel
Robin N. Loeb
David E. Tuszynski
Anne H. Coolidge-Kaplan
Manubir S. Arora
W. Charles Lea
John A. Garland

Reuben A. Garland (1903-1982)

By Fax: 212) 805-7925 and
U.S. Mail
HONORABLE ROBERT W. SWEET
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Thomas Ware
     Case No. 04 Cr. 1224 (RWS)

Your Honor,

    This letter is respectfully submitted to request that the Court remove the undersigned as counsel from the above-captioned case. Unfortunately, counsel's relationship with Mr. Ware has become unworkable, and our differences at this point are irreconcilable. Mr. Ware's difficulty with counsel dates back at least a year, and counsel and Mr. Ware have done our best to keep the relationship on track. However, we have not succeeded. We are prompted to make this request by Mr. Ware's recent unequivocal statements that he is not satisfied with our representation, he no longer wants to work with us, and wants us to be removed from the case

    This request comes in a timely manner. Defense motions are due on April 18, 2007. This case is scheduled to be tried on June 4, 2007. Replacement of counsel should not result in any delay. However, if the court relieves us as counsel, we reserve Mr. Ware's right to address scheduling matters.

    If the Court grants this request, we further request that the Court endorse this letter as an Order relieving Garland, Samuel, and Loeb P.C. 3151 Maple Drive NE, Atlanta Georgia 30306 as counsel on the above captioned case.

Respectfully submitted,

GARLAND, SAMUEL & LOEB, P.C.

BY: EDWARD T.M. GARLAND

ETMG/PH

So ordered
Sweet USDJ
3-14-07

**Garland, Samuel & Loeb, P.C.**
TRIAL ATTORNEYS

cc
By Fax: (212) 637-2527 to:
AUSA Nicholas Goldin
By Email Attachment to:
   Thomas Ware
By Email Attachment to:
David Levitt, Esquire

SO ORDERED this _____ day of _____, 2007.

_____
ROBERT W. SWEET
United States District Judge