UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,

    -against-                           04 Cr. 1224 (RWS)

ULYSSES THOMAS WARE,               OPINION
a/k/a THOMAS WARE,

            Defendant.

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/11

**Sweet, D.J.**

        In a January 19, 2011 Opinion, this Court denied defendant Ulysses Thomas Ware's ("Ware" or "Defendant") "Rule 33 Motion for a New Trial for Newly Discovered Evidence, and Rule 12(b)(3) Motion to Dismiss the Indictment." On January 25, 2011, Ware submitted a Reply in support of his motion.

        Having reviewed the substance of Ware's Reply, it is determined that the January 19, 2011 Opinion remains unchanged. Ware's motion is denied.

        It is so ordered.

**New York, NY**
**February 1, 2011**

                                              ROBERT W. SWEET
                                                  U.S.D.J.