UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA,

    -against-                                04 Cr. 1224 (RWS)

ULYSSES THOMAS WARE,                           OPINION
a/k/a THOMAS WARE,

                      Defendant.

-------------------------------------X

**Sweet, D.J.**

        Defendant Ulysses Thomas Ware's ("Ware" or "Defendant") criminal case was marked closed on February 2, 2009. The Second Circuit denied the appeal of his conviction on November 4, 2010.

        Defendant filed papers, dated March 22, 2011, in his closed case. That filing raised no controlling decisions or factual matters that the Court did not consider in deciding Ware's motion for a new trial or to dismiss the indictment; in considering his barrage of applications, requests, letters, and motions that the Court dismissed with prejudice on March 17, 2011; or that were not considered by the Circuit Court in denying the appeal of his conviction, see United States v. Ware, 339 Fed. App'x 659 (2d Cir. 2010).

On March 30, 2011, due to the absence of any pending proceedings or proper jurisdictional vehicle, the Court docketed the March 22 filing, ordering no further action be taken. Defendant filed additional papers, dated April 7, 2011, seeking to move pursuant to a local civil rule for reconsideration of the Court's March 30 order.

Due to the absence of any live case or controversy and lacking proper jurisdiction, as well as having reviewed Ware's instant motion and determined that it, like the March 22 filing, is frivolous and without merit, the Court ORDERS that Defendant's most recent filings be docketed and no further action be taken.

Ware is cautioned, as a former attorney, to refrain from burdening this Court with frivolous filings. Defendant is instructed to direct any future inquiries to the Pro Se Office at:

> United States District Court of the Southern District of New York, Pro Se Office
> Daniel Patrick Moynihan United States Courthouse
> 500 Pearl Street, Room 230
> New York, New York 10007

It is so ordered.

New York, NY
May /6, 2011

ROBERT W. SWEET
U.S.D.J.